Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of nylon pile ribbons similar in use to silk pile ribbons, the claim at 25 percent ad valorem under paragraph 1206, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), was sustained. The items marked "B," stipulated to consist of nylon ribbons similar in use to silk ribbons made from fabrics with fast edges, not over 12 inches wide, were held dutiable at 22½ percent under paragraph 1207, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), as claimed. *United States v. Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

BEFORE THE SECOND DIVISION, JANUARY 20, 1964

**No. 68251.**—Goodkin Hardware Co. *v.* United States, protest 62/7611 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.

**No. 68252.**—W. H. S. Lloyd Co., Inc., and C. A. Haynes & Co. *v.* United States, protest 62/16297 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiff was sustained.

**No. 68253.**—W. H. S. Lloyd Co., Inc. *v.* United States, protest 63/2472 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to

those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiff was sustained.

No. 68254.—Dansk Designs, Inc. v. United States, protest 63/3717 (New York).

Opinion by RAO, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68255.—Freedman & Slater, Inc. v. United States, protest 63/5492 (New York).

Opinion by RAO, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, JANUARY 20, 1964

No. 68256.—Caldwell Products Corp. et al. v. United States, protests 60/8806, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the principles are the same as those involved in *C. J. Tower & Sons* v. *United States* (33 Cust. Ct. 14, C.D. 1628), and *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 22, 1964

No. 68257.—Ster-Wood Corp. v. United States, protest 58/20096 (New York).

Opinion by RAO, J.   In accordance with stipulation of council that the merchandise consists of parts of electrical dishwashers similar in all material respects to those the subject of Abstract 67196, the claim of the plaintiff was sustained.

No. 68258.—Gerelite Fixture Co. and Perryman, Mojonier Co. et al. v. United States, protests 58/18032, etc. (Los Angeles).